PROB 12C
(6/16)

Report Date: February 28, 2017

# United States District Court

### for the

### Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 2 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fred William Nolan          Case Number: 0980 2:14CR00091-LRS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 7, 2016

| | |
|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708; Theft of Property Used by United States Postal Service, 18 U.S.C. § 1707 |
| Original Sentence: | Prison - 48 months; TSR - 36 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 22, 2016

Date Supervision Expires: November 21, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition # 19**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On February 23, 2017, the undersigned officer received notification from the director of the Spokane Residential Reentry Center (RRC) that the client was being unsuccessfully discharged from the facility this date. The offender called 911 following a conversation with RRC staff in which he was informed that he could not leave the facility as requested as staff had been unable to verify the client's requested travel.

Prob12C
**Re: Nolan, Fred William**
**February 28, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 28, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/2/17
Date