PROB 12C
(6/16)

Report Date: March 9, 2017

# United States District Court

### for the

### Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 3 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fred William Nolan        Case Number: 0980 2:14CR00091-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 7, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708; Theft of Property Used by United States Postal Service, 18 U.S.C. § 1707; | |
| Original Sentence: | Prison - 48 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: November 22, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 21, 2019 |

## PETITIONING THE COURT

**To request a WARRANT and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

2         **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

          **Supporting Evidence**: On March 3, 2017, Mr. Fred Nolan reported to U.S. Probation as directed by the undersigned officer to further discuss his recent unsuccessful discharge from the Spokane Residential Reentry Center (RRC) and his continued efforts to secure stable housing. As a part of the session, the client was directed to both contact the undersigned officer telephonically later that day with the address of where he would be staying and he was directed to report again to the U.S. Probation Office on Tuesday (March 7, 2017). Mr. Nolan has since failed to contact the undersigned officer in any manner and failed to report as directed.

          On March 8, 2017, the undersigned officer attempted to contact the client telephonically and noted that the client's cell phone went straight to voice mail. A voice mail was left for the client directing him to report on the day in question and to contact the undersigned officer as soon as possible via telephone; however, as of the writing of this report, Mr. Nolan has failed to contact the undersigned officer as directed. Mr. Nolan is currently homeless and his

Prob12C
**Re: Nolan, Fred William**
**March 9, 2017**
**Page 2**

current location and level of compliance with his conditions of supervised release is
unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 9, 2017

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/13/17

Date