PROB 12C
(6/16)

Report Date: May 18, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 22 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fred William Nolan     Case Number: 0980 2:14CR00091-LRS-1

Address of Offender:                Spokane, Washington

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 7, 2016

Original Offense:     Possession of Stolen U.S. Mail, 18 U.S.C. § 1708

Original Sentence:    Prison - 48 Months;              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Caitlin A. Baunsgard             Date Supervision Commenced: November 22, 2016

Defense Attorney:     Federal Public Defender          Date Supervision Expires: November 21, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: On November 28, 2016, Mr. Fred Nolan signed his conditions relative to case number 2:14CR00091-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Nolan was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Mr. Nolan is alleged to have violated mandatory condition number 4 by ingesting marijuana on or about May 2, 2018, and methamphetamine on or about May 2, and May 11, 2018.

Specifically, on May 2, 2018, Mr. Fred Nolan reported to the U.S. Probation Office and submitted to urinalysis testing as directed. The urinalysis sample provided by Mr. Nolan tested presumptive positive for marijuana, methamphetamine, and amphetamine. Mr. Nolan indicated his current sponsor smoked marijuana and he likely tested positive as a result of his second hand contact with the product. Mr. Nolan further indicated his use of prescription medication was responsible for any presence of amphetamine or methamphetamine in his

Prob12C
**Re: Nolan, Fred William**
**May 18, 2018**
**Page 2**

system. Mr. Nolan denied using any illicit substance. On May 7, and May 8, 2018, lab reports were received with respect to the above-submitted urinalysis sample, which confirmed the presence of marijuana, amphetamine, and methamphetamine in the sample submitted by Mr. Nolan at the U.S. Probation Office on May 2, 2018.

On May 11, 2018, Mr. Nolan again reported to the U.S. Probation Office as directed and submitted to urinalysis testing, the results of which were presumptive positive for methamphetamine and amphetamine. Mr. Nolan adamantly denied any illicit use of either substance and the sample was forwarded to the laboratory for confirmation. On May 17, 2018, the U.S. Probation Office received laboratory results back with respect to the sample submitted by the client on May 11, 2018, confirming the presence of both methamphetamine and amphetamine.

On May 11, 2018, Mr. Fred Nolan submitted a full list of his currently prescribed medications, which were subsequently forwarded to the director of toxicology for the contract laboratory. On May 12, 2018, the director confirmed Mr. Nolan's current prescribed medication would not result in the detection of methamphetamine or its metabolite amphetamine as detected in the client's urine.

2      **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On November 28, 2016, Mr. Fred Nolan signed his conditions relative to case number 2:14CR00091-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Nolan was made aware by his U.S. probation officer that he was required to follow all instructions given to him by his undersigned officer and the U.S. Probation Office.

Mr. Nolan is alleged to have violated standard condition number 3 by failing to report to the U.S. Probation Office on Monday, May 14, 2018.

Specifically, on May 11, 2018, Mr. Nolan reported to the U.S. Probation Office in Spokane, and was directed to report back to the U.S. Probation Office on May 14, 2018, before 1 p.m. As of the date of this report, Mr. Nolan has failed to report as directed and his current whereabouts remain unknown to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 18, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Nolan, Fred William
May 18, 2018
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

5/22/18
_____
Date