PROB 12C  
(6/16)

Report Date: October 5, 2018

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Fred William Nolan | Case Number: 0980 2:14CR00091-LRS-1 |
| Address of Offender: Spokane, Washington | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: June 7, 2016 | |
| Original Offense: Possession of Stolen Mail, 18 U.S.C. § 1708 | |
| Original Sentence: Prison - 48 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: November 22, 2016 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: November 21, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/18/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Nolan is alleged to have violated mandatory condition number 2, according to the charging document in this matter, by being arrested on October 1, 2018, for two counts of Residential Burglary, in violation of 9A.52.025, a Class B Felony.

On November 28, 2016, Mr. Fred Nolan signed his conditions relative to case number 2:14CR00091-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Nolan was made aware by his U.S. probation officer that he was required to refrain from committing another Federal, state or local crime.

Specifically, on October 1, 2018, the undersigned officer received numerous notifications from both the Spokane Police Department and the Spokane County Sheriff's Office indicating the client's name had been run. On October 3, 2018, the undersigned officer was able to receive the charging request, affidavit of facts, and original police report with respect to the incident.

Prob12C
**Re: Nolan, Fred William**
**October 5, 2018**
Page 2

According to the reports received relative to this matter on October 1, 2018, the Spokane Police Department received a phone call from a concerned community member advising police she had observed a white male break into her neighbor's residence. The reporting witness advised she had originally heard breaking glass while standing in her yard and looked to observe the client entering her neighbor's residence. The contact indicated she did not know Mr. Nolan, but knew that he did not live at the residence. The contact then observed the client exit the residence approximately 3-4 minutes later holding a shopping bag, but did indicate she could not remember if the client was holding the bag upon his entrance into the residence. The contact then followed the client, keeping a visual on him, while on the phone with police until he was arrested by local authorities.

Upon further investigation, the client was found to have items in his possession at the time of arrest that had been taken from the residence in which he had entered, to include items identified by the home owner, as well as several items that were engraved with the home owner's initials, to include a class ring and a pocket knife. Also located on the client's person at the time of arrest was mail belonging to a second address located in Spokane. Officers then traveled to the second address in question and observed a glass pane in the front door had been broken and observed a rock inside the residence; a manner of entry consistent with both locations allegedly entered by the client on the day in question. The client's shoe print was also found to match prints left in the second residence. Law enforcement noted the second residence appeared to be undergoing a complete reconstruction and the client had brass and copper wiring and "fitters" in his possession at the time of arrest, things commonly used when renovating a house.

Both alleged victims would later indicate they did not know the client and he did not have their permission to enter the house or remove their personal effects or mail from the residence. It should additionally be noted the original police report received in this matter, and completed by the primary officer, also listed two additional offenses as being committed, specifically two counts of Malicious Mischief, in violation of 9A.48.090, a Gross Misdemeanor, and noted the client's possession of a second set of identification belonging to an additional third party upon arrest.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 5, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Nolan, Fred William**
**October 5, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/05/2018
Date